FILED
21 OCT 13 PM 3:54
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
___Austin___ DIVISION

_____Salvatore Gregory Scaffidi III_____
(Name of plaintiff or plaintiffs)

Civil Action Number: 1:21CV0921 LY

v.

(Supplied by Clerk's Office)

_____Cirrus Logic_____
(Name of defendant or defendants)

## COMPLAINT

1. This action is brought by ___Salvatore Gregory Scaffidi III___, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[  ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[  ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ X ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[  ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[  ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant ___Cirrus Logic___ (Defendant's name) lives at, or its business is located at ___(street address), ___800 West 6th St___ ___Austin___ (city), (state), ___TX___ 78701 (zip).

Rev. Ed. October 26, 2017

3a.  Plaintiff sought employment from the defendant or was employed by the defendant At _____ 835 West 6th St _____ (street address), (city), _____ Austin _____ TX (state), _____ 78701 _____ (zip).

3b.  At all relevant times of claim of discrimination, Defendant employed ___ 1500 ___ (#) employees.   If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.  Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____ July _____ (month) _____ 15th (day) _____ 2019 (year).   If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: _____ July 2018 – August 2019 _____
.

5.  Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _____ December (month) _____ 6th _____ (day) _____ 2019 _____ (year).   (Not applicable to federal civil service employees).

6a.  The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) _____ July _____ 16th (day) _____ 2021 _____ (year).   (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**    **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b.  Please indicate below if the E.E.O.C issued a **Determination** in your case:

   [ X ] Yes
   [   ] No

**VERY IMPORTANT NOTE:**    **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7.  Because of plaintiff's:

**(Please select the applicable allegation(s))**

   [   ]  Race (If applicable, state race) _____

   [   ]  Color (If applicable, state color) _____

Rev. Ed. October 26, 2017

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

[ X ] Disability (If applicable, state disability) ___Mental Illness_____

[ ] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____

The defendant: **(please select all that apply)**

[ ] failed to employ plaintiff.

[ X ] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[ ] harassed plaintiff.

[ ] other (specify)_____

Rev. Ed. October 26, 2017

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:** INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

On July 29th, 2019, I sent an email to representatives from Cirrus Logic's HR and Benefits departments communicating my need to take FMLA-protected leave from my position, on my doctor's orders, so that I could address the limitations I was facing due to my serious health condition, which I felt was making me unable to perform my job. I intended for this leave to begin a process where I could work with Cirrus Logic to determine other reasonable accommodations for my ADA-recognized disability that would allow me to successfully perform the functions of my position. Despite Cirrus Logic acknowledging my request, approving PTO for the first several days of my absence, and upon receiving assurances from the FMLA administrator that my job-protected leave had been approved and was initiated, I received a telephone call on August 1st from my manager and an HR representative informing me that my employment had been terminated. Cirrus logic was made aware of my condition in the previous year, when I first explored the possibility of taking FMLA-protected leave, and communicated to my manager that taking time off of work allowed me to address personal issues that were interfering with my ability to perform in my job.

I believe that I was discriminated against after Cirrus Logic, and my manager (Malhar Bedarhar) specifically, were made aware of my condition and the vulnerabilities I am susceptible to as a result of my condition. I believe I was singled-out and targeted because of the limitations and vulnerabilities I experience, due to the nature of my disability.

Rev. Ed. October 26, 2017

When I asked for guidance and help in advancing my career during my late-February, early-March 2019 performance review, management began the process of constructing my discharge, setting me up to be placed on a Performance Improvement Plan, and ultimately terminating my employment. Cirrus Logic planned my termination to coincide with the start date specified in the H1B application for a position with a job title matching my own, filed by Cirrus Logic with the Department of Labor on March 15th 2019, and coinciding with the start of my work on a series special projects that were specifically assigned to me by my manager, as an outcome of my recent performance review. The working conditions leading up to the termination of my employment were intolerable and marked by repeated, deliberate, targeted harassment of me, based on the limitations and vulnerabilities I face as part of my disability.

.

8b.  List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

As part of the semi-annual performance reviews, Cirrus Logic employees are asked to select among their peers individuals to provide feedback on performance over the past review period. Any of the individuals I selected, and several other peers, can attest to my performance meeting and/or exceeding expectations on numerous occasions until the orchestration of my termination began following my performance review in early 2019. Unfortunately, my manager always chose to only share this peer-derived feedback with me verbally, and would not provide me with even anonymously attributed textual feedback. But, if witnesses to my general fitness to serve in the position I held at Cirrus Logic are needed, I can provide the names of several who would vouch for my skills and abilities.

8c.  List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

Department of Labor ETA Case Number I-200-19074-189222, serves to show Cirrus Logic's intent (from at least March 15th 2019) to hire another Embedded ARM Software Engineer (my job title), specifying August 1st 2019 as a starting date, which corresponds exactly with my termination date. Email replies from Cirrus Logic's HR and Benefits departments confirm that I communicated my intent to take FMLA-protected leave before I was illegally terminated. A letter from my doctor sent to Cirrus Logic's HR and Benefits departments, explains the need for my FMLA-protected leave as part of a treatment plan for my specific disability. Emails from Cirrus Logic's PTO system establish that my requests to use PTO at the start of my FMLA-protected leave were approved by my manager before I was terminated. Text messages from my manager on July 29th confirm that my manager knew that was requesting time off because of a health-related issue. Documentation from the FMLA plan administrator shows my FMLA-protected leave was approved and in effect at the time Cirrus Logic illegally terminated my employment.

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

    [ ] still being committed by defendant.
    [X] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[X] Defendant be directed to compensate for the injuries caused by illegal employment termination and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

10/13/2021
Date

*Salvatore Gregory Traffid. III*
Signature of Plaintiff

13009 Huntwood Cv.
Address of Plaintiff

Austin, TX  78729
City   State   Zip Code

Telephone Number(s) (607) 351-9774

Rev. Ed. October 26, 2017