IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALVATORE GREGORY SCAFFIDI III, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:21-CV-921-LY |
| | § | |
| CIRRUS LOGIC, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date the court dismissed Plaintiff's complaint without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of January, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

FILED
JAN 6 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK